IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL ERMILIO,

    Plaintiff,

  v.

TRANSPORTATION ALLIANCE
BANK, INC. d/b/a TAB BANK,

    Defendant.

Case No. 21-cv-652-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Michael Ermilio against defendant Transportation Alliance Bank, Inc. d/b/a TAB Bank in the amount of $2,000.

IT IS FURTHER ORDERED AND ADJUDGED that the debt incurred by plaintiff under an Installment Loan Agreement with TAB Bank dated June 6, 2021, is eliminated.

Approved as to form this 15th day of November, 2021.

William M. Conley
District Judge

Peter Oppeneer
Clerk of Court

Date 11/15/21